# 10th CIR. FORM 4. DISCLOSURE STATEMENT

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**Fed. R. App. P. 26.1 and Tenth Circuit Rule 26.1 Disclosure Statement**

| | |
|---|---|
| Jacob Root, | |
| Plaintiff/Appellant, | |
| v. | Case No. 25-1123 |
| City of Colorado Springs, and Officer Robert Comstock, | |
| Defendants/Appellees. | |

Pursuant to Federal Rule of Appellate Procedure 26.1(a), (b), and/or (c), the undersigned, on behalf of <u>City of Colorado Springs and Officer Robert Comstock</u>
[Party Name(s)]
certifies[1] as follows:

☐ The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1 (attach additional pages if necessary):

☒ There is no information to disclose pursuant to Fed. R. App. P. 26.1.

<u>April 1, 2025</u>
Date

<u> /s/ Brian Stewart </u>
Signature

---

[1] Pursuant to Federal Rule of Appellate Procedure 26.1(d)(3), this disclosure statement must be promptly updated whenever any of the information required under Fed. R. App. P. 26.1 changes.

1

## CERTIFICATE OF SERVICE

I hereby certify that:

☒ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

❏ On _____ I sent a copy of this Disclosure Statement
         [date]

_____
                              [name of party]

at_____,
                              [address]

the last known address/email address, by

_____.
                              [method of service]


April 1, 2025
Date

 */s/ Eri Howard*
Signature