UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

# ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

| | |
|---|---|
| Jacob Root, Plaintiff/Appellant, <br><br> v. <br><br> City of Colorado Springs, and Officer Robert Comstock, Defendants/Appellees. | Case No. 25-1123 |

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

Jacob Root_____
[Party or Parties]1

Appellant/Petitioner_____, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]

Tyler A. Jolly_____      _____
Name of Counsel                             Name of Counsel

_/s/ Tyler A. Jolly_____      _____
Signature of Counsel                        Signature of Counsel

9996 West U.S. Highway 50
Unit 1090
Salida CO, 81201
719-429-7359_____        _____
Mailing Address and Telephone Number        Mailing Address and Telephone Number

Tyler@jollylawcolorado.com_____     _____
E-Mail Address                              E-Mail Address

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

[ ]    The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

[X]    There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.


April 14, 2025_____
Date

/s/ Tyler A. Jolly_____
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

    [X]    All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

    [ ]    On _____ I sent a copy of this Entry of Appearance Form to:

                      [date]

_____

at_____,

the last known address/email address, by _____.

                                                                             [state method of service]

April 14, 2025_____
Date

/s/ Tyler A. Jolly_____
Signature